UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CROWLEY LATIN AMERICA SERVICES, LLC,
*Plaintiff*,

vs.                                                                    CASE NO.:

LIZ INTERNATIONAL GROUP, CORP.,
a Florida corporation,
*Defendant*.

_____/

## CIVIL COMPLAINT IN ADMIRALTY

The Plaintiff, CROWLEY LATIN AMERICA SERVICES, LLC (hereinafter "CROWLEY"), by and through its undersigned counsel files herewith this Complaint against LIZ INTERNATIONAL GROUP, CORP. (hereinafter "LIZ") and for cause of action *in personam* states as follows:

## THE PARTIES

1. CROWLEY LATIN AMERICA SERVICES, LLC is a diversified maritime company engaged in containerized and general cargo transportation from ports in the mainland USA to various ports of destination throughout the world.

2. Upon information and belief, LIZ INTERNATIONAL GROUP, CORP. is non-vessel operating common carrier (NVOCC) that is currently licensed to transact business in the State of Florida.

## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. §1333. CROWLEY is seeking to enforce rights under maritime contracts, making this an admiralty and maritime claim within the meaning of Rule

9(h) of the Federal Rules of Civil Procedure.

**VENUE**

4. Venue in this case is proper. The Defendant is a Florida corporation with a principal address listed with The Florida Department of State, Division of Corporations at Medley, Florida which is within the territorial limits of the United States District Court for the Southern District of Florida. In addition, a substantial part of the events giving rise to the claim asserted by the plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida.

**FACTUAL ALLEGATIONS**

5. Between December 2012 and April 2013 LIZ, an NVOCC, caused to be delivered certain goods for carriage by CROWLEY to El Salvador at the agreed charges to be paid by LIZ to CROWLEY pursuant to contracts of affreightment.

6. Thereafter, the said goods were transported by CROWLEY to the ports of destination and delivered to the consignees designated by LIZ.

7. CROWLEY has duly performed all duties and obligations required to be performed by CROWLEY.

8. Defendant has failed and refused to remit payment of $56,020.00 in ocean freight and related charges assessed in accordance with CROWLEY'S applicable contracts of affreightment, and the defendant is the responsible party to pay such charges. The ocean freight and related charges are on the account statement annexed Exhibit 1.

9. On or about January 5, 2011, CROWLEY and LIZ entered into a Credit Application and Agreement, a true and correct copy of which is attached as Exhibit 2. In accordance with the terms of

said credit agreement, LIZ has agreed to pay CROWLEY liquidated damages in the amount of 25% of freight bills that are delinquent and require collection activity.  As a result of CROWLEY having to maintain this suit for collection purposes, defendant is responsible to CROWLEY for liquidated damages in the amount of $14,005.00.

 10.  By reason of the foregoing, CROWLEY has sustained damages in the amount of $70,025.00 arising out of defendant's transportation related activities which, although duly demanded, has not been paid by defendant.

WHEREFORE, Plaintiff prays:

1.  For judgment in the amount of $70,025.00 against Defendant LIZ, together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees, all as provided in the applicable contracts of affreightment.

2.  That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the Defendant citing defendant to appear and answer all the singular matters aforesaid.

3.  The plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Key Biscayne, Florida
   July 2, 2013

                   **HALLEY & HALLEY, P.A.**

                   /s/ Thomas V. Halley
                   _____
                   Thomas V. Halley
                   Florida Bar No. 694363
                   Co-Counsel for Plaintiff
                   200 Crandon Boulevard – Suite 332

Key Biscayne, Florida 33149
Telephone: 305-365-1237
thalley@shiplaw.net


**DEE M. DOLVIN, P.A.**

/s/ Dee M. Dolvin
_____

Dee M. Dolvin
Florida Bar No. 707491
Co-Counsel for Plaintiff
P.O. Box 310424
Miami, Florida  33231
Telephone:  305-318-1919
Dee@DeeMDolvin.com